## UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF INDIANA

ROBERT SPEARS,                              )
                                            )
                    Plaintiff,              )
                                            )
        vs.                                 )          1:06-cv-1030-SEB-VSS
                                            )
NOBLE E. DUKE, *et al.*                      )
                                            )
                    Defendants.             )

### J U D G M E N T

The court, having this day made its Entry,

**IT IS THEREFORE ADJUDGED** that this cause of action is **dismissed pursuant to 28 U.S.C. § 1915A(b).**

Date: ___07/07/2006___

_Sarah Evans Barker_
SARAH EVANS BARKER, JUDGE
United States District Court
Southern District of Indiana

Distribution:

Robert Spears
No. 318061
Marion County Jail
40 South Alabama St.
Indianapolis, IN 46204